UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Damon Walker</u>

      v.                                         Civil No. 14-cv-537-LM

<u>United States of America</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 31, 2015.

    SO ORDERED.

                                                        _____
                                                        Landya B. McCafferty
                                                       United States District Judge

Date: April 20, 2015

cc:   Damon Walker, pro se
       Seth R. Aframe, Esq.